IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　　　Defendant. | §<br>§<br>§<br>§<br>§  　CASE NO. 1:20-cv-00765-LY<br>§<br>§<br>§<br>§<br>§ |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order, the parties hereby submit this Joint Claim Construction Statement, attached hereto as Exhibit A.

By: */s/ Adam G. Price*
Adam G. Price
Texas State Bar No. 24027750
Christopher V. Goodpastor
Texas State Bar No. 00791991
Gabriel R. Gervey
Texas State Bar No. 24072112
Michael French (*Pro Hac Vice*)
Texas State Bar No. 24116392
DiNovo Price LLP
7000 N. MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: aprice@dinovoprice.com
cgoodpastor@dinovoprice.com
ggervey@dinovoprice.com
mfrench@dinovoprice.com

**COUNSEL FOR PLAINTIFF
BANDSPEED, LLC**

By: */s/ Jeffrey L. Johnson*
J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
201 East Howard Street
Henderson, TX 75654
T: 903.657.8540
F: 903.657.6003

Robert J. Benson
rbenson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
T: 949.567.6700
F.949.567.6710

Jeffrey L. Johnson
State Bar No. 24029638
jj@orrick.com

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main Street, 40th Floor
Houston, TX 77002
T: 713.658.6400
F: 713.658.6401

Jeffrey T. Quilici
State Bar No. 24083696
jquilici@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
300 West 6th St., Suite 1850
Austin, TX 78701
T: 512.582.6916
F: 512.582.6949

**COUNSEL FOR DEFENDANT**
**REALTEK SEMICONDUCTOR CORPORATION**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

              */s/ Adam G. Price*
              Adam G. Price