# EXHIBIT A

**AGREED CONSTRUCTIONS**

| No. | Claim Term | Agreed Construction |
|---|---|---|
| 1. | a vote<br><br>'608 patent, '624 patent, '769 patent | a binary expression (to use or not use) |
| 2. | specified number of votes<br><br>'624 patent, '608 patent | predetermined number of binary expressions (to use or not to use) |
| 3. | specified number<br><br>'418 patent | predetermined number |
| 4. | channel data request<br><br>'614 patent | request for channel data |
| 5. | participant[s]<br><br>'418 patent | devices or mechanisms that communicate with other devices or mechanisms |
| 6. | [communications] channel<br><br>'418 patent | separate communications frequencies |
| 7. | plurality of communications channels<br><br>'418 patent | multiple separate communications frequencies |
| 8. | channel selection criteria<br><br>'418 patent | one or more standards on which a decision for selecting channels can be made |
| 9. | [channel] performance [data]<br><br>'418 patent | data that, at least, indicates performance |
| 10. | performance of [a]/[the] [plurality of]/[first set of two or more] communications channels at a [first/second/third] time | value that indicates the quality with which every channel in the plurality [set] carries communications at the same first [second][third] instant of time |

| No. | Claim Term | Agreed Construction |
|---|---|---|
| | '418 patent | |
| 11. | classifying<br><br>'418 patent | assigning a class to a channel based on the performance of the channel and one or more criteria |
| 12. | default set of two or more communications channels<br><br>'418 patent | a complete original set of two or more communication channels |
| 13. | indicates a measurement of performance<br><br>'418 patent | indicates the results of channel performance testing |
| 14. | testing<br><br>'500 patent | Plain and ordinary meaning |
| 15. | hop<br><br>'418 patent | the switch from one frequency to another frequency |
| 16. | hop [or hopping] sequence<br><br>'418 patent | the order in which the communications network hops among the set of frequencies |
| 17. | the hopping sequence<br><br>'624 patent | the order in which the communications network hops among the set of frequencies |
| 18. | default hopping sequence<br><br>'500 patent | preset hopping sequence associated with a set of default channels |
| 19. | clear<br><br>'500 patent | not in use by another system |
| 20. | occupied<br><br>'500 patent | in use by another system |
| 21. | comprise one of two values for each channel | No construction necessary |

| No. | Claim Term | Agreed Construction |
|---|---|---|
| | '500 patent | |
| 22. | channel identification data specifies that the first communications channel is not to be used by the first participant for the first communication<br><br>'614 patent | channel identification data tells the [first participant/communication device] to not use the first communications channel for the [first/second] communication |
| 23. | time value<br><br>'520 patent | Value indicating a specific time or number of time slots |
| 24. | classification<br><br>'500 patent | class designation of a channel based on the performance of the channel and one or more criteria |
| 25. | determining classification<br><br>'418 patent | assigning a class to a channel based on the performance of the channel and one or more criteria |
| 26. | while<br><br>'500 patent, '769 patent, '624 patent, '608 patent | during the time that, or at the same time as<br><br>At this stage of the claim construction process, Defendant's position is that the larger phrases rise or fall with the term "while." |
| 27. | the set of good channels loaded in the good channel register<br><br>'643 patent | information, which is stored in the good channel register, that identifies the set of good channels |
| 28. | channel data maintained<br><br>'614 patent | Data regarding one or more channels that is kept prior to, during, and after updating |
| 29. | [specified number of] affirmative votes[s]<br><br>'418 patent | Predetermined number of binary expressions to use |
| 30. | default channel register | An area of memory for storing a default set of two or more communications channels |

| No. | Claim Term | Agreed Construction |
|---|---|---|
|  | '643 patent |  |
| 31. | good channel register

'643 patent | an area of memory for storing a set of good communications channels |

**DISPUTED CONSTRUCTIONS**

| No. | Claim Term | Party | Bandspeed's Proposed Construction | Realtek's Proposed Construction |
|---|---|---|---|---|
| 1. | selection kernel<br><br>'643 patent | Realtek | A device or mechanism of a participant that selects communications channels to form the hopping sequence | Indefinite |
| 2. | the hopping sequence<br><br>'418 patent<br>'624 patent<br>'608 patent | Realtek | No construction necessary<br><br>*Alternatively*: Order of hops | the order in which the communications network uses the set of frequencies (for '418 and '624)<br><br>Indefinite (lack of antecedent basis) for '608 |
| 3. | [first/second/third] performance [criterion/criteria]<br><br>'418 patent | Realtek | No construction necessary | Performance – ability of the channel to communicate<br><br>First/second/third – p/o meaning, each is a different performance criterion |
| 4. | a [first]/[second] time<br><br>'418 patent | Realtek | No construction necessary | A [first]/[second] instant of time |
| 5. | channel index<br><br>'520 patent | Realtek | No construction necessary | Indefinite |
| 6. | apply an index to a channel index of the identified communications channel<br><br>'520 patent | Realtek | No construction necessary | Indefinite |
| 7. | [instructions . . .] causing the [first/second] set of two or more | Realtek | No construction necessary | **MPF term** |

*Exhibit A to Joint Claim Construction Statement*                5

| No. | Claim Term | Party | Bandspeed's Proposed Construction | Realtek's Proposed Construction |
|---|---|---|---|---|
|  | communications channels to be loaded into [a/the] [first] register<br><br>'608 patent |  |  | **Function**: causing the [first/second] set of two or more communications channels to be loaded into [a/the] [first] register<br><br>**Structure**: indefinite |
| 8. | distinct [channels]<br><br>'608 patent | Realtek | No construction necessary | Distinct – indefinite |
| 9. | the number of distinct channels in the first set of two or more communications channels varies from the number of distinct channels in the second set of two or more communications channels<br><br>'608 patent | Realtek | No construction necessary | Distinct – indefinite |
| 10. | communications channel selector apparatus<br><br>'624 patent | Realtek | No construction necessary | Indefinite |
| 11. | rescanning [the default channels]<br><br>'643 patent | Realtek | No construction necessary | Indefinite |
| 12. | bad<br><br>'769 patent | Realtek | No construction necessary<br><br>*Alternatively*: Unacceptable | Indefinite<br><br>*Alternatively*: Channel that has |

| No. | Claim Term | Party | Bandspeed's Proposed Construction | Realtek's Proposed Construction |
|-----|------------|-------|-----------------------------------|--------------------------------|
|     |            |       |                                   | interference |
| 13. | good<br><br>'769 patent | Realtek | No construction necessary | Indefinite<br><br>*Alternatively*: Channel that has no interference |
| 14. | performing a channel hopping sequence in an order determined by the order of the default channels stored in the default channel register<br><br>'643 patent | Realtek | No construction necessary | Hopping channels in a sequence determined by addressing successive slots in the default channel register |
| 15. | Instructions that cause … generating [first/second] channel identification data that identifies the [first/second] set of two or more communications channels<br><br>'418 patent, claim 88 |  | Not a means plus function claim limitation (this is a *Beauregard* claim) and no construction is necessary.<br><br>Alternatively, if the Court finds the terms is subject to 35 U.S.C. § 112(f):<br><br>**Function**: generating [first/second] channel identification data that identifies the [first/second] set of two or more communication channels.<br><br>**Structure**: a processor associated with a device/participant that executes the algorithm that (1) indicates which channels are included in the [first/second] set of two or | "instructions" is a nonce term, the term and corresponding phrase is written as a MPF clause.<br><br>The analysis is the same as the "means for generating" term above.<br><br>**Function:** generating first [second] channel identification data that identifies the first [second] set of two or more communications channels<br><br>**Structure**: indefinite |

| No. | Claim Term | Party | Bandspeed's Proposed Construction | Realtek's Proposed Construction |
|---|---|---|---|---|
| | | | more communications channels (2) selected based on performance data or equivalent | |
| 16. | [instructions … ] causing the [first/second] set of two or more communications channels to be loaded into [a/the][first] register<br><br>'608 patent, claim 5 | | Not a means plus function claim limitation (this is a *Beauregard* claim) and no construction is necessary.<br><br>Alternatively, Plaintiff proposes: "storing information that identifies the [first/second] set of separate communication frequencies in [a/the] [first] register."<br><br>Alternatively, if the Court finds the term is subject to 35 U.S.C. § 112(f):<br><br>**Function**: storing information that identifies the [first/second] set of two or more separate communication frequencies in [a/the] [first] register.<br><br>**Structure**: a processor associated with a device/participant that executes the algorithm of (1) storing information that (2) identifies the set of separate communication frequencies in a register | **MPF term**<br><br>**Function**: causing the [first/second] set of two or more communications channels to be loaded into [a/the] [first] register<br><br>**Structure**: indefinite |
| 17. | instructions . . . cause[] loading a set of default channels into a | | Not a means-plus-function claim limitation (this is a *Beauregard* | **MPF term** |

| No. | Claim Term | Party | Bandspeed's Proposed Construction | Realtek's Proposed Construction |
|---|---|---|---|---|
|  | default channel register; loading a set of good channels into a good channel register<br><br>'643 patent, claims 1, 6, 11 |  | claim) and no construction necessary.<br><br>Alternatively, if the Court finds the term is subject to 35 U.S.C. § 112(f):<br><br>**Function**: storing information that identifies the [default/good] set of two or more separate communication frequencies in a [default/good] channel register.<br><br>**Structure**: a processor/selection kernel associated with a device/participant that executes the algorithm for storing the channel numbers that identifies the set of default/good channels in a default/good channel register | **Function**: managing the use of communications channels by causing the loading of a set of default channels into a default channel register and the loading of a set of good channels into a good channel register<br><br>**Structure**: indefinite |
| 18. | [instructions …causes] select[ing], based upon performance of [a/the] plurality of communications channels … communications channels<br><br>'608 patent, claims 1, 3 |  | Not a means plus function claim limitation (this is a *Beauregard* claim) and no construction is necessary.<br><br>Alternatively, if the Court finds the terms is subject to 35 U.S.C. § 112(f):<br><br>**Function**: Selecting two or more communications channels based upon the performance of the plurality of | **MPF term**<br><br>**Function**: causing a processor to select, based upon performance of a plurality of communications channels at a first [second] time [that is later that the first time] a first [second] set of two or more communications channels<br><br>**Structure**: indefinite |

| No. | Claim Term | Party | Bandspeed's Proposed Construction | Realtek's Proposed Construction |
|---|---|---|---|---|
| | | | communications channels<br><br>**Structure**: a memory and a processor programmed to carry out an algorithm that (1) compares channel performance data to one or more criteria; and (2) chooses two or more channels that satisfy one or more criteria or equivalent | |